UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 12-6394 SI (pr) |
| MICHAEL HICKS, | **JUDGMENT** |
|     Plaintiff/Petitioner. | |

This action is dismissed because it was opened in error.

IT IS SO ORDERED AND ADJUDGED.

Dated: April 24, 2013

                                            SUSAN ILLSTON
                                United States District Judge